# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 1/07

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

William Todd Bowlds
_____

_____
(Full name of the Plaintiff(s) in this action)

v.

Timothy R. Coleman,
Commonwealth of Kentucky
_____

_____

_____
(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1:10CV-P-56-M
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

## I.    PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: William Todd Bowlds

Place of Confinement: Breckinridge County Detention Center

Address: 500 Glen Nash Ln. Hardinsburg, Kentucky

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE (___)

(2) Name of Plaintiff:_____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Timothy R. Coleman_____ is employed

as _Commonwealth Attorney_ at _206 E. Ohio St. Morgantown, Ky_ P.O. Box 1038 _42261_.

The Defendant is being sued in his/her (✓) individual and/or (___) official capacity.

(2) Defendant _Commonwealth of Kentucky_ is employed

as _Commonwealth of Kentucky_ at _206 E. Ohio St. Morgantown, Ky_ P.O. Box 1038 _42261_.

The Defendant is being sued in his/her (✓) individual and/or (___) official capacity.

(3) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.   PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (✔) NO (___)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):   <u>William Todd Bowlds</u>

Defendant(s):   <u>Robert F. Sexton,</u>
<u>Commonwealth of Kentucky</u>

Court (if federal court, name the district.  If state court, name the county):
<u>U.S.D.C, Western District of Kentucky</u>

Docket number: <u>3:10CV-P34-S</u>

Name of judge to whom the case was assigned: <u>Charles R. Simpson, III</u>

Type of case (for example, habeas corpus or civil rights action): <u>Civil Rights Action</u>

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):
<u>It is still pending</u>

Approximate date of filing lawsuit: <u>1-4-2010</u>

Approximate date of disposition: <u>?</u>

3

### III.  STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

① I believe that on February, 6 2009, Timothy R. Coleman violated my Constitutional Rights of the 5th, 6th, and 14th Amendments, by Lack of Due Process, and Ineffective Assistance of Counsel. I was Coerced into Pleading Guilty to a felony, in the Hancock County Circuit Court, while I was under the Influence of Narcotic Medication. Mr. Coleman was working as the Attorney for the Commonwealth of Kentucky, who also represents the defendant being accused. Mr. Coleman was aware of the Narcotic Medication that I was taking because of the Court Ordered Mental Evaluation Conducted on me by Liscensed Psychologist; Thomas A. Bergandi; PHD, And Court Ordered placement into two Mental Institution's, The Oak's, in Lewisport, Ky, and Rosedale Rest Home, in Owensboro, Ky. Mr. Coleman Coerced me into pleading Guilty to the charges involving to case #08-CR-00018, in the Hancock

4

**III. STATEMENT OF CLAIM(S) continued**

Circuit Court, in Hancock Co. Kentucky.

② I believe that on February, 6 2009, the Commonwealth of Kentucky, violated my Constitutional Rights of the 5th, 6th and 14th Amendments, by Ineffective Assistance of Counsel, and Lack of Due Process, by not protecting my Individual Rights. I was Coerced into pleading Guilty to a felony in the Hancock County Circuit Court while under the Influence of Narcotic Medication. The Commonwealth of Kentucky was aware of the Narcotic Medication that I was taking because of the Court Ordered Mental Evaluation Conducted on me by Liscensed Psychologist; Thomas A. Bergandi; PhD, and Court Ordered placement into two Mental Institutions, The Oak's, in Lewisport, Ky, and Rosedale Rest Home, in Owensboro, Ky. All matters involving to case #08-CR-00018 in the Hancock Curcuit Court, in Hancock Co. Kentucky.

## IV.   RELIEF

State exactly what you want the Court to do for you.  If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must file your claim under 28 U.S.C. §§ 2241, 2254 or 2255. The Plaintiff(s) want(s) the Court to:

___✓___ award money damages in the amount of $ _175,000.⁰⁰_

___✓___ grant injunctive relief by _Release from Illegal Detention, or on Bond._

___✓___ award punitive damages in the amount of $_200.⁰⁰ per day of Incarceration, after Judgement on the day of February, 6 2009._

___✓___ other: _Vacate Judgement; to case #08-CR-00018 in Hancock Curcuit Court, in Hancock Co. Kentucky_

## V.   DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _19_ day of _March_____, 20_10_.

_William Todd Bowlds_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____3/19/10_____.

_Major D.A. Compt_
(Signature)

6

William Todd Boulds #162603
Breckinridge County Detention Center
500 Glen Nash Ln.
Hardinsburg, Ky 40143

FILED : US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

10 MAR 22  PM 2: 35

FILED : US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

10 MAR 22  PM 2: 27

UNCENSORED MAIL

Office of the Clerk
United States District Court
Western District of Kentucky
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, Ky 40202-2249



